IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| LANDMARK TECHNOLOGY LLC, | § § | |
| Plaintiff, | § § | |
| v. | § § | NO. 6:10-cv-507 MHS-JDL |
| BLOCKBUSTER, INC., | § § | |
| Defendant. | § § | |

## STATUS REPORT

Pursuant to this Court's Order of March 19, 2013, Defendant BB Liquidating Inc. (f/k/a Blockbuster Inc.) reports that as of April 5, 2013, the bankruptcy case of BB Liquidating Inc. is still proceeding in the United States Bankruptcy Court for the Southern District of New York, Case No. 10-14997. The automatic stay pursuant to section 362(a) of the Bankruptcy Code remains in place.

Dated: March 22, 2013

Respectfully submitted,

VINSON & ELKINS L.L.P.

/s/ Scott W. Breedlove
Scott W. Breedlove
(TX Bar No. 00790361)
Vinson & Elkins L.L.P.
2001 Ross Avenue
3700 Trammell Crow Center
Dallas, TX 75201-2975
Telephone 214.220.7993
Facsimile: 214.999.7993
sbreedlove@velaw.com

**Counsel for Defendant BB Liquidating Inc.
(f/k/a Blockbuster Inc.)**

2

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 22nd day of March, 2013.

                                      /s/ Scott W. Breedlove
                                      Counsel for Defendant BB Liquidating Inc.
                                      (f/k/a Blockbuster Inc.)